IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**ERNEST JOHNSON,**

    Plaintiff,

v.                                                                   C.A. NO. 4:13-CV-148

**JRK RESIDENTIAL GROUP, INC.,**

    Defendant.

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, **ERNEST JOHNSON**, hereby gives notice of dismissing this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted, this 22nd day of April, 2015.

                                             */s/ Charles L. Scalise*
                                             **CHARLES L. SCALISE**
                                             State Bar No. 24064621
                                             **ROSS LAW GROUP**
                                             1104 San Antonio Street
                                             Austin, TX 78701
                                             (512) 474-7677 (Telephone)
                                             (512) 474-5306 (Facsimile)
                                             **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2015, I mailed the foregoing document and the notice of electronic filing by regular mail to the following non-CM/ECF participants, addressed as follows:

**JRK RESIDENTIAL GROUP, INC.**
Via its Registered Agent National Registered Agents, Inc.
350 N. St. Paul Street, Suite 2900
Dallas, Texas 75201

*/s/ Charles L. Scalise*
Charles Scalise, Esq.